W. H. McNAB, also Known as William H. McNab, and Dora H. McNab, His Wife, Appellants, v. INTERNATIONAL AGRICULTURAL CORPORATION, a Corporation, Under the Laws of the State of New York, Appellee.

Supreme Court of Florida.

Jan. Term, 1936.

C. E. Farrington, of Fort Lauderdale, for the motion.

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.

Margaret C. MILLS, Appellant, v. Laura HOPKINS, Appellee.

Supreme Court of Florida.

Jan. Term, 1936.

Walsh, Beckham & Ellis, of Miami, for appellant.

Van C. Swearingen and I. J. A. Renno, both of Miami, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for appellee.